```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 01353
   MICHAEL DAVID FISHER
   TAMARA LYNN FISHER                          CHAPTER 13

                                               JUDGE: A. BENJAMIN GOLDGAR

            Debtor
   SSN XXX-XX-9728    SSN XXX-XX-4638
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/17/05 and confirmed on 06/24/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $ 37018.75 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN HONDA FINANCE C | SECURED | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3392.47 | .00 | 1003.96 |
| AMERICAN HONDA FINANCE C | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 12099.16 | .00 | 3580.56 |
| AMOCO OIL CO | UNSECURED | NOT FILED | .00 | .00 |
| BRUCE BROWN MD | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | 851.90 | .00 | 240.24 |
| CERTIFIED SERVICES INC | UNSECURED | 313.13 | .00 | 88.31 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 14972.20 | .00 | 4430.79 |
| ROUNDUP FUNDING LLC | UNSECURED | 5516.84 | .00 | 1632.62 |
| CONDELL MEDICAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| DHL | UNSECURED | NOT FILED | .00 | .00 |
| MOBIL OIL | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | 460.17 | .00 | 129.77 |
| LAKE COUNTY ANESTHESIOLO | UNSECURED | NOT FILED | .00 | .00 |
| LAKE COUNTY HEAD & NECK | UNSECURED | NOT FILED | .00 | .00 |
| LMC FAMILY DOCTORS | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MARATHON OIL | UNSECURED | 322.46 | .00 | 90.95 |
| MBNA AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 15896.61 | .00 | 4704.34 |
| MUNDELEIN PEDIATRICS | UNSECURED | NOT FILED | .00 | .00 |
| PEDIATRIC & ALLERGY ASSO | UNSECURED | NOT FILED | .00 | .00 |
| PITNEY BOWES CREDIT CORP | UNSECURED | 9842.04 | .00 | 2912.59 |
| PITNEY BOWES | UNSECURED | NOT FILED | .00 | .00 |

```
JEFFREY SPECTOR MD          UNSECURED      NOT FILED              .00            .00
TARGET NATIONAL BANK        UNSECURED       3528.78               .00        1044.29
US BANK                     FILED LATE           .00              .00            .00
WORLD FINANCIAL NETWORK     UNSECURED        298.60               .00          84.20
WFNB                        UNSECURED      NOT FILED              .00            .00
CONDELL MEDICAL CENTER      UNSECURED      NOT FILED              .00            .00
INTERNAL REVENUE SERVICE    PRIORITY        8211.00               .00        8211.00
INTERNAL REVENUE SERVICE    PRIORITY        5562.00               .00        5562.00
         Summary of disbursements:
-------------------------------------------------------------------------------
                   SECURED      PRIORITY     UNSECURED          OTHER          TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00      13773.00      67494.36            .00       81267.36
PRINCIPAL PAID         .00      13773.00      19942.62            .00       33715.62
INTEREST PAID          .00           .00           .00            .00            .00
TOTAL PAID             .00      13773.00      19942.62            .00       33715.62
```

The Debtor's attorney, DAVID P LEIBOWITZ            , was allowed $   2700.00 and was paid $   1000.00  direct and $   1700.00  through the plan.

The Trustee received $   1581.07 .

Refunds to the Debtor totaled $     22.06 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 01/13/09                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO.  05 B 01353 MICHAEL DAVID FISHER & TAMARA LYNN FISHER